**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6722**

———————

ANTHONY TYRONE PAIGE,

Plaintiff - Appellant,

versus

ROBERT J. KUPEC, Warden and Others; JUDITH
WINNINGHAM, Physician's Assistant,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.
(CA-02-3430-8-AW)

———————

Submitted:  July 24, 2003          Decided:  July 31, 2003

———————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Tyrone Paige, Appellant Pro Se.  Gloria Wilson Shelton,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore Maryland;
Donald Joseph Crawford, ALDELMAN, SHEFF & SMITH, Rockville,
Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Tyrone Paige appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Paige v. Kupec, No. CA-02-3430-8-AW (D. Md. Apr. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED